No. 81–31.  CALIFORNIA ET AL. *v.* GRACE BRETHREN CHURCH ET AL.;

No. 81–228.  UNITED STATES ET AL. *v.* GRACE BRETHREN CHURCH ET AL.; and

No. 81–455.  GRACE BRETHREN CHURCH ET AL. *v.* UNITED STATES ET AL.  D. C. C. D. Cal.  [Probable jurisdiction postponed, 454 U. S. 961.]  Motion of Grace Brethren Church et al. for leave to file a supplemental brief after argument granted.

No. 81–55.  NEW YORK *v.* FERBER.  Ct. App. N. Y.  [Certiorari granted, 454 U. S. 1052.]  Motion of American Booksellers Association, Inc., et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 81–1095.  MORRIS, WARDEN *v.* SLAPPY.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 904.]  Motion of respondent for leave to proceed further herein *in forma pauperis* granted.  Motion for appointment of counsel granted, and it is ordered that Michael B. Bassi, Esquire, of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 81–1222.  UNITED STATES *v.* GENERIX DRUG CORP. ET AL.  C. A. 11th Cir.  [Certiorari granted, 455 U. S. 988.]  Motions of Generic Pharmaceutical Industry Association, Medicine in the Public Interest, The Proprietary Association, and Pharmaceutical Manufacturers Association for leave to file briefs as *amici curiae* granted.

No. 81–5873.  INNIS *v.* RHODE ISLAND.  Sup. Ct. R. I.  The order entered April 19, 1982 [*ante*, p. 930], denying the petition for writ of certiorari is amended to read as follows: Certiorari denied.  JUSTICE MARSHALL would grant certiorari.

No. 81–6316.  IN RE REMBERT.  Petition for writ of mandamus denied.